In the Matter of MANUFACTURERS AND TRADERS TRUST COMPANY, as Trustee of Securitization Series 1988-1 Agreement Dated 3-1-1998, Respondent, v ROBERT S. MYERS, Appellant, et al., Respondent.

Submitted April 30, 2007; decided June 12, 2007

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain this motion for leave to appeal from the order of the Appellate Division entered in this proceeding commenced in Town Court (*see* NY Const, art VI, § 3 [b] [7]; CPLR 5602 [a]). Motion for poor person relief dismissed as academic.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SANTOS SUAREZ, Also Known as SANTO SUAREZ and as DOMINGO SUAREZ, Appellant.

Submitted April 13, 2007; decided June 12, 2007

On the Court's own motion, appeal dismissed, without costs, upon the ground that no appeal lies as of right from the order of the Appellate Division. The Appellate Division order does not violate the terms of this Court's remittitur [*see* 6 NY3d 202]. Motion for assignment of counsel dismissed as academic.